### 19728. FRAZIER v. THE STATE.

BLOODWORTH, J. The motion for a new trial contains no special grounds, there is some evidence to support the verdict, and "whenever there is any evidence, however slight, to support a verdict which has been approved by the trial judge, this court is absolutely without authority to control the judgment of the trial court." *Toole* v. *Jones*, 19 *Ga. App.* 24 (90 S. E. 732). See *Journigan* v. *State*, 38 *Ga. App.* 741 (2) (145 S. E. 500), and cit.

*Judgment affirmed. Broyles, C. J., and Luke, J., concur.*

DECIDED JUNE 11, 1929.

*M. B. Eubanks,* for plaintiff in error.
*M. Neil Andrews, solicitor-general, Dean Owens,* contra.